United States District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TEENA MARIE COOK, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, <br> Commissioner of Social Security, | CASE NO. 2:17-cv-05124-RSM <br><br> ORDER FOR DISMISSAL |

The Court having reviewed Plaintiff's Motion for Voluntary Dismissal of Action for Judicial Review filed on May 17, 2017, and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion for Voluntary Dismissal of Action for Judicial Review.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to dismiss this action.

Dated this 17 day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ORDER FOR DISMISSAL [3:17-cv-05124-RSM] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

S/AMY M. GILBROUGH
AMY M. GILBROUGH
Attorney for Plaintiff

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900